**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| BRENDA GLENN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:20-cv-01741 |
| | ) | |
| DALCO INDUSTRIES, INC., | ) | |
| | ) | |
| and | ) | (Removal from St. Louis County |
| | ) | Circuit Court, 20SL-CC02195) |
| BENEFIT ADMINISTRATIVE | ) | |
| SYSTEMS, LLC, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant Dalco Industries, Inc. ("Dalco") hereby removes

the state court action captioned *Brenda Glenn v. Dalco Industries, Inc. and Benefit Administrative*

*Systems, LLC*, Case No. 20SL-CC02195 (filed in the Circuit Court of St. Louis County in the State

of Missouri), pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, on the following grounds:

1.      On or about April 15, 2020, Plaintiff Brenda Glenn ("Glenn") filed a five-count

Petition against Dalco and co-defendant Benefit Administrative Systems, LLC, in the Circuit Court

of St. Louis County, Missouri, captioned *Brenda Glenn v. Dalco Industries, Inc. and Benefit*

*Administrative Systems, LLC*, Case No. 20SL-CC02195 (the "State Court Action"), alleging

discrimination in violation of the Missouri Human Rights Act (Count I), the federal Age

Discrimination in Employment Act (Count II), federal Americans with Disabilities Act (Count

III), and related common-law claims of Fraud (Count IV) and Breach of Contract (Count V)

relating to Plaintiff's health insurance benefits.

2.       A copy of the state court file in the State Court Action is attached hereto as **Exhibit**

**A**.

3.       As more fully set forth below, this case is properly removed to this Court pursuant

to 28 U.S.C. § 1331 because Plaintiff asserts claims arising under federal law, namely, the ADEA

and ADA, such that federal question jurisdiction exists.

4.       Federal district courts have original jurisdiction over claims or rights "arising under

the Constitution, treaties, or laws of the United States." 28 U.S.C. § 1331.

5.       The presence or absence of federal-question jurisdiction is governed by the "well-

pleaded complaint rule," which provides that federal jurisdiction exists when a federal question is

presented on the face of a plaintiff's properly pleaded complaint. *Caterpillar, Inc. v. Williams*, 482

U.S. 386, 392 (1987).

6.       The presence of a single federal claim gives the defendant the right to remove an

entire case to federal court. *Pet Quarters, Inc. v. Depository Trust & Clearing Corp.*, 559 F.3d

772, 779 (8th Cir. 2009).

7.       Since Plaintiff alleges violations of the ADEA and ADA in her Petition, this Court

has original jurisdiction over this action.

8.       In addition, in any civil action over which the district courts have original

jurisdiction, "the district courts shall have supplemental jurisdiction over all other claims that are

so related to claims in the action within such original jurisdiction that they form part of the same

case or controversy." 28 U.S.C. § 1367(a).

9.       Thus, this Court has supplemental jurisdiction over Plaintiff's related MHRA claim

and other common-law claims.

10.    This Notice is timely filed pursuant to 28 U.S.C. § 1446(b)(3) because it is filed within the prescribed time frame as measured from the date of service, November 10, 2020. *See* Exhibit A, p.32.

11.    The United States District Court for the Eastern District of Missouri encompasses St. Louis County, Missouri, where the State Court Action is now pending, and so this action is properly removed to the Eastern District of Missouri pursuant to 28 U.S.C. § 1441(a).

12.    In accordance with 28 U.S.C. § 1446(b)(2)(A), co-defendant Benefit Administrative Systems, LLC consents to the removal of this action. *See* **Exhibit B**.

13.    In accordance with 28 U.S.C. § 1446(d), Dalco is filing written notice of this removal and a copy of the Notice of Removal with the clerk of the Circuit Court for St. Louis County, Missouri, and will serve a copy of this Notice on all parties to this action.

14.    Dalco submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, and without conceding that Plaintiff has pled claims upon which relief may be granted.

15.    This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.

WHEREFORE, Defendant Dalco Industries, Inc. respectfully removes this action from the Circuit Court of St. Louis County, Missouri, to this United States District Court for the Eastern District of Missouri, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446.

Dated: December 8, 2020

Respectfully submitted,

/s/ *Jessica L. Liss*
Jessica L. Liss, #51331
Adam C. Doerr, #64816
JACKSON LEWIS P.C.
222 S. Central Avenue, Suite 900
St. Louis, MO  63105
Telephone:  (314) 827-3939
Facsimile:  (314) 827-3940
jessica.liss@jacksonlewis.com
adam.doerr@jacksonlewis.com

*Attorneys for Defendant Dalco Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Court via CM/ECF system on the 8th day of December, 2020, with a true and correct copy served via email upon the following:

James E. Klenc
Law Offices of James E. Klenc LLC
PO Box 758
St. Peters, MO 63376
jek@klenclaw.com

*Attorney for Plaintiff*

Robert Weeks, General Counsel
Benefit Administrative Systems, LLC
RWeeks@bashealth.com

*Attorney for Defendant*
*Benefit Administrative Systems, LLC*

 */s/ Jessica L. Liss*

4