

**Your Missouri Courts**

Search for Cases by: [Select Search Method...]

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print         GrantedPublicAccess  **Logoff ADAM_DOERR**

**20SL-CC02195 - BRENDA GLENN V DALCO INDUSTRIES, INC. ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending  ○ Ascending          Display Options: [All Entries]

---

**11/10/2020**  ☐ Note to Clerk eFiling
☐ **Notice of Service**
AMENDED NOTICE OF SUMMNONS SERVICE ON DALCO INDUSTRIES, INC 20-SMCC-9617A; Electronic Filing Certificate of Service.

**11/05/2020**  ☐ **Summons Returned Non-Est**
Document ID - 20-SMCC-9617; Served To - DALCO INDUSTRIES, INC.; Server - ; Served Date - 05-NOV-20; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Non-est

**11/02/2020**  ☐ Note to Clerk eFiling
☐ **Notice of Service**
20SMCC9617; Electronic Filing Certificate of Service.

**10/20/2020**  ☐ **Alias Summons Issued**
Document ID - 20-SMCC-9618, for BENEFIT ADMINISTRATIVE SYSTEMS, LLC. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.
☐ **Alias Summons Issued**
Document ID - 20-SMCC-9617, for DALCO INDUSTRIES, INC.. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**10/12/2020**  ☐ **Notice of Service**
Non-Est Return BAS.
    **Filed By:** JAMES EDWARD KLENC
    **On Behalf Of:** BRENDA GLENN
☐ **Notice of Service**
Non-Est Return Dalco.
    **Filed By:** JAMES EDWARD KLENC
☐ **Alias Summons Requested**
Request for Alias Summons.
    **Filed By:** JAMES EDWARD KLENC
☐ **Summons Returned Non-Est**
Document ID - 20-SMCC-3813; Served To - BENEFIT ADMINISTRATIVE SYSTEMS, LLC; Server - ; Served Date - 12-OCT-20; Served Time - 00:00:00; Service Type - Other; Reason Description - Non-est
☐ **Summons Returned Non-Est**
Document ID - 20-SMCC-3812; Served To - DALCO INDUSTRIES, INC.; Server - ; Served Date - 12-OCT-20; Served Time - 00:00:00; Service Type - Other; Reason Description - Non-est

**04/29/2020**  ☐ **Summons Issued-Circuit**
Document ID - 20-SMCC-3813, for BENEFIT ADMINISTRATIVE SYSTEMS, LLC. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.
☐ **Summons Issued-Circuit**
Document ID - 20-SMCC-3812, for DALCO INDUSTRIES, INC.. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

EXHIBIT A

**04/15/2020** ☐ **Filing Info Sheet eFiling**
          **Filed By:** JAMES EDWARD KLENC
      ☐ **Pet Filed in Circuit Ct**
          Petition; Exhibit 2; Exhibit 1.
            **On Behalf Of:** BRENDA GLENN
      ☐ **Judge Assigned**
          DIV 8

EXHIBIT A

**20SL-CC02195**

Electronically Filed - St Louis County - April 15, 2020 - 04:49 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| BRENDA GLENN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Cause No.: |
| DALCO INDUSTRIES, INC., | ) | |
| | ) | Division: |
| SERVE REGISTERED AGENT: | ) | |
| David L Dickerson Jr | ) | |
| 23 Holloway | ) | |
| Lake Saint Louis, MO 63367 | ) | |
| | ) | |
| SERVICE TO BE MADE BY SHERIFF OF | ) | |
| ST. CHARES COUNTY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BENEFIT ADMINISTRATIVE SYSTEMS, LLC., | ) | |
| | ) | |
| SERVE REGISTERED AGENT: | ) | |
| CSC-LAWYERS INCORPORATING | ) | |
| SERVICE COMPANY | ) | |
| 221 BOLIVAR STREET | ) | Count I – Violation of MHRA |
| JEFFERSON CITY, MO 63105 | ) | Count II – Violation of ADEA |
| | ) | Count III – Violation of ADA |
| SERVICE TO BE MADE BY SHERIFF OF | ) | Count IV - Fraud |
| COLE COUNTY | ) | Count V – Breach of Contract |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

## PETITION

COMES NOW Plaintiff and, for her cause of action against Defendants, states and

alleges as follows:

1.      Plaintiff Brenda Glenn is an individual and is now, and at all times mentioned in

this Petition, a resident of St. Charles County, Missouri.

2.       Defendant Dalco Industries, Inc. is a corporation duly organized under the law

with its principal place of business located in St. Louis County, Missouri

EXHIBIT A

Electronically Filed - St Louis County - April 15, 2020 - 04:49 PM

3.      Defendant Benefit Administrative Systems, LLC is a limited liability company duly organized under the law and conducting business in the State of Missouri.

4.      Venue is proper in St. Louis County, Missouri because all of the acts and events which are the subject of this action occurred in St. Louis County, Missouri.

## COUNT I – VIOLATION OF THE MISSOURI HUMAN RIGHTS ACT

5.      All conditions precedent to jurisdiction under the Missouri Human Rights Act have occurred or have been met.  Plaintiff timely filed a Charge of Discrimination and a true and correct copy of plaintiff's Notice of Right to Sue issued by the EEOC to the plaintiff is attached hereto as Exhibit 1.

6.      The Missouri Human Rights Act ("MHRA"), as codified in Chapter 213, RSMo., prohibits unlawful, discriminatory employment practices.

7.      Plaintiff is 52 years old and a member of a category of persons protected from unlawful discrimination under the MHRA, Sections 213.010(5).

8.      The violation of the MHRA took place primarily at 13795 St. Charles Rock Road, Bridgeton, MO 63044.

9.      At all times relevant herein, Defendant Dalco is an employer within the meaning of the MHRA, Section 213.010, RSMo.

10.     Defendant Dalco subjected Plaintiff to discrimination in violation of the MHRA, Section 213.055, RSMo., by engaging in one or more of the following actions:

(a)      Upon learning of her disability, Defendant Dalco discriminated and harassed Plaintiff by reducing her work status from full time to part time and cancelling Plaintiff's health insurance;

EXHIBIT A

Electronically Filed - St Louis County - April 15, 2020 - 04:49 PM

(b)     Upon learning of her disability and subsequent to Defendant Dalco reducing Plaintiff's work status from full time to part time, Defendant Dalco hired three younger employees full time to similar positions of Plaintiff;

(c)     Upon learning of her disability, Defendant Dalco discriminated and harassed Plaintiff by ignoring complaints of Plaintiff of discrimination and sabotage.

(d)     Upon learning of her disability and despite her complaints, Plaintiff was subjected to a hostile work environment by co-workers who engaged in sabotage, discrimination, and possible fraudulent activities.

11.     Plaintiff was employed by Defendant Dalco beginning September 2017 as an administrative clerk/accounting clerk.

12.     Plaintiff was hired as a full time employee with health insurance benefits making $16 per hour.

13.     In November 2018, Plaintiff informed Defendant Dalco through her immediate supervisor Diana Moyers that she would be having knee surgery on November 15, 2018 due to a prior automobile accident which occurred in 2015.

14.     In response, Ms. Moyers stated, "you're not going to put that on the company's insurance, are you?"

15.     After learning of the surgery being scheduled on November 15, 2018, Defendant Dalco informed Plaintiff that her employment status was being cut from full time to part time due to a lack of work, and that her health insurance was being cancelled effective November 14, 2018, the day before the scheduled surgery.

EXHIBIT A

Electronically Filed - St Louis County - April 15, 2020 - 04:49 PM

16.     Upon learning the surgery was cancelled due to other health complications, Defendant Dalco reinstated full time status until December 1, 2018.

17.     Despite claiming a lack of work, subsequent to Plaintiff's status being cut to part time, Defendant Dalco hired three younger employees to full time status to positions similar to the position held by Plaintiff.

18.     Despite requested, Defendant Dalco has refused to return Plaintiff to full time status.

19.      Plaintiff, due to her disability which required surgery and her age  was treated in a disparate manner and was subjected to Defendant Dalco's unfair policies and practices insofar as that she was treated in an unequal manner and unlike other employees similarly situated with the Defendant Dalco.

20.     Said unfair practices both limited Plaintiff in her wages and other benefits because of her age and disability.

21.     Defendant Dalco further denied Plaintiff equal employment opportunities because of her age and disability, to wit:

a.      The reason given for Plaintiff's change from full time to part time status was a mere pretext for unlawful discrimination in that Defendant Dalco knew or should have known that the reduction of status was for the sole purpose of taking away Plainitff's health insurance so the surgery on her knee would not be covered;

b.      The Defendant Dalco hired three younger full time employees to the same position that Plaintiff held;

EXHIBIT A

Electronically Filed - St Louis County - April 15, 2020 - 04:49 PM

     c.     Upon information and belief, Defendant Dalco has previously cut hours to other employees facing health issues in order for them to lose their health insurance.

22.     At all relevant times, Defendant Dalco knew that the discriminatory conduct complained of herein was without cause as Plaintiff had consistently satisfied and/or exceeded all of the requirements of her position.

23.     As a result of Defendant Dalco's employment policies, procedures and practices, Plaintiff was unjustly and discriminatorily deprived of equal employment opportunities because of her disability and age.

24.     Defendant Dalco's conduct was a direct and proximate cause of the injuries, damages and harm suffered by Plaintiff.

25.     Plaintiff's disability and age were contributing factors in Defendant Dalco's decision to engage in the conduct described in paragraph 10 above.

26.     As a result of Defendant Dalco's conduct and actions, Plaintiff was subjected to disparate treatment than employees similarly situated.

27.     As a result of Defendant Dalco's conduct and actions, Plaintiff suffered lost wages and benefits of employment.

28.     As a result of Defendant Dalco's conduct and actions, Plaintiff suffered emotional distress and mental anguish.

29.     As a result of Defendant Dalco's conduct and actions, Plaintiff has incurred attorney fees and costs of litigation, and will continue to incur such fees and costs.

30.     Defendant Dalco's conduct was outrageous because of Defendant Dalco's evil motive or reckless indifference to Plaintiff's rights to not be subjected to discrimination and

Electronically Filed - St Louis County - April 15, 2020 - 04:49 PM

Defendant Dalco's outrageous conduct warrants an award of punitive damages to deter Defendant Dalco and others from engaging in such conduct in the future.

WHEREFORE, Plaintiff prays this Court, after trial by jury, find in favor of Plaintiff and against Defendant Dalco, and enter judgment for Plaintiff in an amount in excess of $25,000 for Plaintiff's lost wages and benefits of employment, and pre-judgment interest thereupon; for Plaintiff's emotional distress; for punitive damages; for costs of litigation and attorney fees; and award to Plaintiff such other and further relief this Court deems just and proper.

## COUNT II – VIOLATION OF THE ADEA

31.     Plaintiff realleges and incorporates by reference paragraphs 1 to 30 as if fully set forth herein.

32.     Defendant is an "employer" as defined by §11(b) of the Age Discrimination in Employment Act, as amended [29 U.S.C. §630(b)].

33.     At all relevant times, Plaintiff was over 40 years of age, see 29 U.S.C. § 631(a), and Defendant discriminated against Plaintiff by reducing hours and benefits due to Plaintiff's age, see 29 U.S.C. § 623(a)(1), (2).

34.     A true and correct copy of Plaintiff's Charge of Discrimination filed with the EEOC and Missouri Commission on Human Rights is attached hereto as Exhibit 2.

35.     On January 16, 2020, the EEOC issued a Notice of Right to Sue.  Exhibit 1.

36.     Plaintiff filed a timely charge of age discrimination with the EEOC, and has satisfied all preconditions to bringing this action.

Electronically Filed - St Louis County - April 15, 2020 - 04:49 PM

37.     Plaintiff has exhausted his administrative remedies and timely files this suit following notice of her right to sue.

38.     By reducing Plaintiff's employment status from full time to part time while also hiring younger employees to full time positions, Defendant Dalco discriminated against Plaintiff in contravention of the prohibitions on age discrimination set forth in the ADEA.

39.     As a direct and proximate result of the foregoing violations of the ADEA, Plaintiff has sustained injury, including, but not limited to: denial of the wages and other benefits afforded full time employees, lost interest on those wages and other benefits, and loss of any potential opportunity to advance within Defendant Dalco.

WHEREFORE,  plaintiff prays for lost wages, employment benefits, and other compensation lost to her as a result of defendant Dalco's discriminating against her on the basis of her age, and prejudgment interest; liquidated damages doubling the award of interest, wages, lost employment benefits, and other compensation lost to her as a result of defendant's discriminating against her on the basis of her age; reasonable attorney's fees, expert witness fees, expenses, and costs of this action and of prior administrative actions; and such other relief that this Court deems just and appropriate.

## COUNT III – VIOLATION OF THE ADA

40.     Plaintiff realleges and incorporates by reference paragraphs 1 to 39 as if fully set forth herein.

41.     Plaintiff is a qualified individual within the meaning of 42 U.S.C. § 12111(8).

42.     Defendant Dalco is an "employer" within the meaning of 42 U.S.C. §§ 12111(5) in that it is engaged in an industry affecting commerce and has more than 15 employees for each

Electronically Filed - St Louis County - April 15, 2020 - 04:49 PM

working day in each of 20 or more calendar weeks in the current and preceding years. Thus, it is also a covered entity within the meaning of 42 U.S.C. § 12111(5).

43.    Plaintiff was an employee of Defendant Dalco within the meaning of 42 U.S.C. § 12111(4).

44.    Prior to and at the time that the Defendant Dalco reduced Plainitff's hours, compensation and benefits, Plaintiff was qualified for employment as a administrative clerk/accounting clerk.

45.    On November 14, 2018, due to plaintiff's actual or perceived disability, Defendant Dalco discriminated against Plaintiff by reducing hours, compensation and benefits. 42 U.S.C. § 12112(a).

46.    Plaintiff has been damaged by Defendant Dalco's violation of the ADA, and has suffered loss of past and future wages and benefits, loss of professional opportunities, emotional distress, and mental pain and anguish.

47.    Plaintiff is entitled to her attorneys' fees and costs incurred in this matter pursuant to 42 U.S.C. § 12205.

48.    Brandt is further to any and all relief permitted under the ADA, 42 U.S.C. § 12117(a), including equitable relief.

WHEREFORE, Plaintiff prays for damages in an amount to be determined at trial, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems just and proper.

EXHIBIT A

Electronically Filed - St Louis County - April 15, 2020 - 04:49 PM

## COUNT IV – FRAUD AGAINST DEFENDANTS DALCO AND BAS

49.     Plaintiff realleges and incorporates by reference paragraphs 1 to 48 as if fully set forth herein.

50.     An amount of money was deducted from Plaintiff's paychecks in November and December 2018 for the purposes of health care premiums.

51.     Despite having paid for the health insurance, Defendants made statements to Plaintiff in November 2018 that Plaintiff's health insurance had been cancelled.

52.     Said representations were false.

53.     Defendants intended Plaintiff to rely on Defendants' representations.

54.     Plaintiff detrimentally relied on Defendants' false representations that her health insurance had in fact been cancelled.

55.     Plaintiff had a right to rely on Defendants' false and material misrepresentations.

56.     As a direct and proximate result of Defendants' false and material misrepresentations that her insurance had been cancelled, Plaintiff sustained injury and damages.

57.     Said false representations made by Defendants were made maliciously so as to justify the imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against Defendants in such amount as is allowable by law and to be determined at trial in excess of $25,000, for punitive damages, costs, pre and post judgment interest at the greatest rate allowed by statute and for attorney fees and as provided by statute and for such other and further relief this Court deems just and proper.

Electronically Filed - St Louis County - April 15, 2020 - 04:49 PM

## COUNT V – BREACH OF CONTRACT

58.     Plaintiff realleges and incorporates by reference paragraphs 1 to 57 as if fully set forth herein.

59.     Plaintiff paid for health insurance via premiums deducted from her paycheck through the end of December 2018.

60.     Despite having paid for it, Defendant BAS cancelled Plaintiff's insurance effective November 14, 2018.

61.     Defendant has failed to perform the agreement with Plaintiff.

62.     Plaintiff has performed all of her obligations pursuant to the agreement.

63.     As a result of the breach of the defendant, Plaintiffs have been damaged in the amount determined at trial.

WHEREFORE, Plaintiff prays this Court enter judgment in favor of Plaintiff and against Defendant BAS, awarding the sum as determined at trial as damages, for all costs herein incurred, and for any other relief this Court deems just and proper.

  /s/ James E. Klenc
James E. Klenc  #48738
Law Offices of James E. Klenc LLC
Attorney for Plaintiff
PO Box 758
St. Peters, MO 63376
P: (314) 475-3112
jek@klenclaw.com



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DEAN PAUL WALDEMER | **Case Number:  20SL-CC02195** |
| Plaintiff/Petitioner:<br>BRENDA GLENN<br><br><div align=right>vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>JAMES EDWARD KLENC<br>P.O. BOX 758<br>SAINT PETERS, MO  63376 |
| Defendant/Respondent:<br> DALCO INDUSTRIES, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |

<div align=right>(Date File Stamp)</div>

## Summons in Civil Case

**The State of Missouri to:**  DALCO INDUSTRIES, INC.
**Alias:**

DAVID L DICKERSON JR
23 HOLLOWAY
LAKE SAINT LOUIS, MO  63367



*COURT SEAL OF*

*ST. LOUIS COUNTY*

   **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**
   **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>**29-APR-2020**</u>
 **Date**

 **Further Information:**
 **AD**

_____ Clerk

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____   _____
 Printed Name of Sheriff or Server    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)* Subscribed and sworn to before me on _____ (date).

My commission expires: _____  _____
         Date        Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

## THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.   Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.   The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.   An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

EXHIBIT A

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

EXHIBIT A



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number:  20SL-CC02195 |
| Plaintiff/Petitioner:<br>BRENDA GLENN<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>JAMES EDWARD KLENC<br>P.O. BOX 758<br>SAINT PETERS, MO  63376 |
| Defendant/Respondent:<br> DALCO INDUSTRIES, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to:   BENEFIT ADMINISTRATIVE SYSTEMS, LLC
Alias:

CSC LAWYERS INC SERV CO
221 BOLIVAR STREET
JEFFERSON CITY, MO  63405



*COURT SEAL OF*

*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>29-APR-2020</u>
**Date**                                      _____ Clerk

**Further Information:**
AD

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
       Printed Name of Sheriff or Server                              Signature of Sheriff or Server
        **Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

          My commission expires: _____          _____
                                                        Date                              Notary Public

| | |
|---|---|
| **Sheriff's Fees, if applicable** | |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

EXHIBIT A

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

OSCA (7-99) SM30  (SMCC) *For Court Use Only:* **Document ID# 20-SMCC-3813**     2     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

EXHIBIT A

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Electronically Filed - St Louis County - October 12, 2020 - 02:32 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

BRENDA GLENN,                                )
                                             )
                        Plaintiff,           )
v.                                           )
                                             )       Cause No.: 20SL-CC02195
DALCO INDUSTRIES, INC.,                      )
                                             )       Division:
and                                          )
                                             )
BENEFIT ADMINISTRATIVE SYSTEMS, LLC.,        )
                                             )
                        Defendants.          )

## REQUEST FOR ALIAS SUMMONS

COMES NOW Plaintiff and requests summons to be issued for the following:

Dalco Industries, Inc., Serve Registered Agent: David L Dickerson Jr, 23 Holloway
Lake Saint Louis, MO 63367.  Service to be made by Sheriff of St. Charles, County

Benefit Administrative Systems, LLC., Serve Registered Agent, CSC-LAWYERS
INCORPORATING SERVICE COMPANY , 221 Bolivar Street, Jefferson City, MO 63105.
Service to be made by Sheriff of Cole County.

                            _/s/ James E. Klenc _____
                            James E. Klenc  #48738
                            Law Offices of James E. Klenc LLC
                            Attorney for Plaintiff
                            PO Box 758
                            St. Peters, MO 63376
                            P: (314) 475-3112
                            jek@klenclaw.com

EXHIBIT A

Electronically Filed - St Louis County - October 12, 2020 - 02:32 PM



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number: 20SL-CC02195 |
|---|---|
| Plaintiff/Petitioner:<br>BRENDA GLENN | Plaintiff's/Petitioner's Attorney/Address<br>JAMES EDWARD KLENC<br>P.O. BOX 758<br>SAINT PETERS, MO 63376 |
| <div align="right">vs.</div> | |
| Defendant/Respondent:<br>DALCO INDUSTRIES, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |

(Date File Stamp)

### Summons in Civil Case

**The State of Missouri to:** DALCO INDUSTRIES, INC.
                              **Alias:**

**DAVID L DICKERSON JR**
**23 HOLLOWAY**
**LAKE SAINT LOUIS, MO 63367**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

      **You are summoned to appear before this court and to file your pleading to the petition, a copy of** which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
      **SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please** notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

    <u>29-APR-2020</u>
    **Date**
                                                /Clerk
    **Further Information:**
    **AD**

---

<div align="center"><b>Sheriff's or Server's Return</b></div>

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

        **Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*      Subscribed and sworn to before me on _____ (date).

         My commission expires: _____      _____
                                             **Date**                             **Notary Public**

---

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ ( _____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document ID# 20-SMCC-3812**   1   (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                                 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

<div align="center">EXHIBIT A</div>

Electronically Filed - St Louis County - October 12, 2020 - 02:32 PM



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number: 20SL-CC02195 |
|---|---|
| Plaintiff/Petitioner:<br>BRENDA GLENN | Plaintiff's/Petitioner's Attorney/Address<br>JAMES EDWARD KLENC<br>P.O. BOX 758<br>SAINT PETERS, MO 63376 |
| vs. | |
| Defendant/Respondent:<br>DALCO INDUSTRIES, INC.<br>Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105          (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to: | **BENEFIT ADMINISTRATIVE SYSTEMS, LLC**<br>Alias: |

CSC LAWYERS INC SERV CO
221 BOLIVAR STREET
JEFFERSON CITY, MO 63105



*COURT SEAL OF*

*ST. LOUIS COUNTY*

      You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
      **SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>29-APR-2020</u>
Date

_____ Clerk

**Further Information:**
**AD**

---

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who *permanently resides with the Defendant/Respondent.*
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                 Date                    Notary Public

---

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only*: **Document ID# 20-SMCC-3813**    1    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

EXHIBIT A



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number:  20SL-CC02195 |
| Plaintiff/Petitioner:<br>BRENDA GLENN | Plaintiff's/Petitioner's Attorney/Address<br>JAMES EDWARD KLENC<br>1360 S. 5TH STREET<br>SUITE 340<br>ST. CHARLES, MO  63301 |
| **vs.** | |
| Defendant/Respondent:<br> DALCO INDUSTRIES, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:**  DALCO INDUSTRIES, INC.
Alias:

**DAVID L DICKERSON JR**
**23 HOLLOWAY**
**LAKE SAINT LOUIS, MO  63367**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

      You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

      **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>20-OCT-2020</u>
**Date**

_____
**Clerk**

**Further Information:**
**CD**

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____            _____
Printed Name of Sheriff or Server                         Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____            _____
                                Date                              Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 20-SMCC-9617**    2    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

EXHIBIT A

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.  However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.   **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.   Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.   The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.   An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

EXHIBIT A

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number:  20SL-CC02195 |
|---|---|
| Plaintiff/Petitioner:<br>BRENDA GLENN | Plaintiff's/Petitioner's Attorney/Address<br>JAMES EDWARD KLENC<br>1360 S. 5TH STREET<br>SUITE 340<br>ST. CHARLES, MO  63301 |
| **vs.** | |
| Defendant/Respondent:<br> DALCO INDUSTRIES, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to: | BENEFIT ADMINISTRATIVE SYSTEMS, LLC<br>Alias: |
|---|---|

CSC LAWYERS INC SERV CO
221 BOLIVAR STREET
JEFFERSON CITY, MO  63105

*COURT SEAL OF*



*ST. LOUIS COUNTY*

       You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
       SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>20-OCT-2020</u>
**Date**

_____
Clerk

**Further Information:**
CD

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

   *(Seal)*    Subscribed and sworn to before me on _____ (date).

           My commission expires: _____        _____
                              Date                           Notary Public

EXHIBIT A

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____  (_____ miles @ $._____ per mile) |
| **Total** | **$**_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 20-SMCC-9618**    2    (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

EXHIBIT A

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.   Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.   The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.   An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

EXHIBIT A

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

OSCA (7-99) SM30  (SMCC) *For Court Use Only:* **Document ID# 20-SMCC-9618**    4    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

EXHIBIT A

11-18

## St. Charles County Sheriff's Department
201 North Second Street, Ste. 440, St. Charles, MO 63301

# RETURN OF SERVICE - Record # 2020-008783

**Case No:** 20SLCC02195                          **Court:** ST LOUIS

**Plaintiff:** GLENN, BRENDA

**Defendant:** DALCO INDUSTRIES INC

**Court / Return Date:** 11/19/2020          **Doc ID#:** 20-SMCC-9617

**Type of Document:** CIVIL SUMMONS                **Zone** 05

**Party to be served:** DICKERSON, DAVID L JR

**Address:** 23 HOLLOWAY DR, LAKE ST LOUIS, MO 63367

**Employment / Alternate:**

**Special Info / Pedigree:** EMPLOYMENT DISCRIMINATION

fenster - 1 week        **FINAL SERVICE**

**PARTY SERVED:** _____ Non est _____

**RELATIONSHIP / TITLE:**

**DATE:** 11/2/20          **Time:** 0745

**ADDRESS:**

**NON-EST OPTIONS:** ☐ UNABLE TO DETERMINE SERVICE   ☐ WRONG/BAD ADDRESS   ☐ QUARANTINE / IN TREATMENT
☐ AVOIDING   ☐ NO CONTACT   ☐ LOCKED ACCESS   ☐ EXPIRED UPON RECEIPT   ☐ OUT ON LEAVE   ☐ SERVED OTHER AGENCY
☐ DECEASED   ☒ MOVED   ☐ INCARCERATED   ☐ NO LONGER EMPLOYED   ☐ RECALLED   ☐ SHORT TURNAROUND

## SCOTT A LEWIS, Sheriff of St. Charles County, Missouri

By: Deputy Signature _____ Deputy Jones _____          DSN 184

Printed Name _____ Deputy Vickie Jones _____

TOTAL FEES: $39.00

### ATTEMPTS / NOTES

| Date | Time | DSN | Comments |
|------|------|-----|----------|
| 10/30 | 0750 | 184 | NIC left note |
| | | | Fensters moved in one week ago |
| | | | |
| | | | |
| | | | |

**DOCUMENT RETURNED TO OFFICE FOR FINAL DISPOSITION:**

© 1994 - 2019 Omnigo Software St. Louis MO  omnigo.com

Electronically Filed - St Louis County - November 02, 2020 - 02:23 PM

EXHIBIT A

Electronically Filed - St Louis County - November 02, 2020 - 02:23 PM



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number:  20SL-CC02195 |
| Plaintiff/Petitioner:<br>BRENDA GLENN | Plaintiff's/Petitioner's Attorney/Address<br>JAMES EDWARD KLENC<br>1360 S. 5TH STREET<br>SUITE 340<br>ST. CHARLES, MO  63301 |
| vs. | |
| Defendant/Respondent:<br>DALCO INDUSTRIES, INC.<br>Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105         (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  DALCO INDUSTRIES, INC.
                           Alias:

DAVID L DICKERSON JR
23 HOLLOWAY D.
LAKE SAINT LOUIS, MO  63367

*COURT SEAL OF*



*ST. LOUIS COUNTY*

    You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
    SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

20-OCT-2020
Date
                                                                        Clerk
Further Information:
CD

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
     _____ (name) _____ (title).
☐ other _____ (address).
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server
                          Must be sworn before a notary public if not served by an authorized officer:

(Seal)          Subscribed and sworn to before me on _____ (date).

                My commission expires: _____        _____
                                        Date                            Notary Public

                                                                        RECEIVED
                                                                    AM              PM

                                                                    OCT 2 8 2020

                                                                    SHERIFF
                                                                    ST. CHARLES CO.  MO

OSCA (7-99) SM30  (SMCC) *For Court Use Only:* Document ID# 20-SMCC-9617    1   (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

EXHIBIT A



11-18
E-D√

**AMENDED**

**St. Charles County Sheriff's Department**
201 North Second Street, Ste. 440, St. Charles, MO  63301

# RETURN OF SERVICE - Record # 2020-008783

Case No: 20SLCC02195                    Court: ST LOUIS

Plaintiff: GLENN, BRENDA

Defendant: DALCO INDUSTRIES INC

Court / Return Date: 11/19/2020          Doc ID#: 20-SMCC-9617

Type of Document: CIVIL SUMMONS          Zone  05

Party to be served: DICKERSON, DAVID L JR

Address: ~~23 HOLLOWAY DR, LAKE ST LOUIS, MO 63367~~
2731 Fairway Oaks Dr. LSL 63367

Employment / Alternate: _____

Special Info / Pedigree: EMPLOYMENT DISCRIMINATION / 314 605 9427

available 11/4 after 3pm

Fenster - 1 week          **FINAL SERVICE**

PARTY SERVED: Linda Dickerson

RELATIONSHIP / TITLE: Wife / Co-Resident

DATE: 11/10/20          Time: 0830

ADDRESS: 2731 Fairway Oaks Dr.

**NON-EST OPTIONS:** ☐ UNABLE TO DETERMINE SERVICE  ☐ WRONG/BAD ADDRESS  ☐ QUARANTINE / IN TREATMENT
☐ AVOIDING  ☐ NO CONTACT  ☐ LOCKED ACCESS  ☐ EXPIRED UPON RECEIPT  ☐ OUT ON LEAVE  ☐ SERVED OTHER AGENCY
☐ DECEASED  ☑ MOVED  ☐ INCARCERATED  ☐ NO LONGER EMPLOYED  ☐ RECALLED  ☐ SHORT TURNAROUND

**SCOTT A LEWIS, Sheriff of St. Charles County, Missouri**

By: Deputy Signature  Dep Wms          DSN 184

Printed Name  Dep Wdse. Jones

TOTAL FEES: $39.00

## ATTEMPTS / NOTES

| Date | Time | DSN | Comments |
|------|------|-----|----------|
| 10/30 | 0750 | 184 | N/C left note |
|       |      |     | Fensters moved in one week ago @ 23 Holloway Dr. |
| 11/4 | 1100 | 184 | provided new address 2731 Fairway Oaks Dr. |
| 11/10 | 0830 | 103 | Linda Dickerson was served @ aforemention address |

DOCUMENT RETURNED TO OFFICE FOR FINAL DISPOSITION: ☐

© 1994 - 2019 Omnigo Software St. Louis MO  omnigo.com

EXHIBIT A

Electronically Filed - St Louis County - November 10, 2020 - 02:29 PM

## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number: 20SL-CC02195 |
| Plaintiff/Petitioner:<br>BRENDA GLENN | Plaintiff's/Petitioner's Attorney/Address<br>JAMES EDWARD KLENC<br>1360 S. 5TH STREET<br>SUITE 340<br>ST. CHARLES, MO 63301 |
| | vs. |
| Defendant/Respondent:<br>DALCO INDUSTRIES, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: DALCO INDUSTRIES, INC.
Alias:

DAVID L DICKERSON JR
23 HOLLOWAY DR
LAKE SAINT LOUIS, MO 63367

*New address:*
*2731 Fairway Oaks*

*COURT SEAL OF*

*ST. LOUIS COUNTY*

        You are summoned to appear b... ...ng to the petition, a copy of which is attached, and to serve a co... ...r Plaintiff/Petitioner at the above address all within 30 days aft... ...the day of service. If you fail to file your pleading, judgment by def... ...lief demanded in the petition.
        SPECIAL NEEDS: If you have ... ...cans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

__20-OCT-2020__
Date

Further Information:
CD

_____ Clerk

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____ (address)
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____           _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
                              Date

_____
Notary Public

RECEIVED

AM          PM

OCT 2 8 2020

SHERIFF
ST. CHARLES CO. MO

OSCA (7-99) SM30 (SMCC) For Court Use Only: Document ID# 20-SMCC-9617    1    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

EXHIBIT A