IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRENDA GLENN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Cause No.: 4:20-CV-01741-SNLJ |
| DALCO INDUSTRIES, INC., et al | ) |
| | ) |
| Defendants. | ) |

**DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Brenda Glenn, by and through their counsel, and hereby voluntarily dismisses her claims in the above-styled cause of action against Defendants with prejudice. Each party shall bear their own costs incurred herein. There remain no pending causes of action against any Defendant.

/s/ James E. Klenc
James E. Klenc #48738
Law Offices of James E. Klenc LLC
Attorney for Plaintiff
1360 S. 5th St. Suite 340
St. Charles, MO 63301
P: (314) 475-3112
jek@klenclaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was served via electronic filing to all attorneys of record.

/s/ James E. Klenc

SO ORDERED this 25th day of October, 2021

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

- 1 -